

August 29, 2024

**Sarah Krissoff**
Direct Phone 212-908-1388
skrissoff@cozen.com

**VIA ECF AND E-MAIL**

The Honorable Robert Kirsch
United States District Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   United States v. Chaim Eli Puretz, 24 Cr. 496-RK-1**

Dear Robert Kirsch:

With the consent of pre-trial services and the Government, we are writing to request that Mr. Puretz be allowed to obtain, from pre-trial services, his passport for a short period of time. In short, Mr. Puretz needs his passport in order to secure a new social security card for one of his minor children. With the Court's permission, Mr. Puretz would pick up his passport from pre-trial services, attend the necessary appointment at an office in Brick, NJ to replace the social security card, and then return the passport to pre-trial services. We expect that Mr. Puretz would only need access to his passport for one or two days, and Mr. Puretz would follow all directions provided by pre-trial in connection wit the retrieval and return of the passport. Pre-trial Services Officer Nailah Green and Assistant United States Attorney Babasijibomi Moore have consented to this request.

Thank you for your consideration of this matter.


Respectfully Submitted,

COZEN O'CONNOR

*Krissoff*

By:   Sarah Krissoff