UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 24-496 |
| CHAIM ELIMELECH PURETZ | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that PHILIP R. SELLINGER, United States Attorney for the District of New Jersey, by Martha Nye, Martha.Nye@usdoj.gov, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

    PHILIP R. SELLINGER
    United States Attorney

    */s/ Martha K. Nye*

    By: Martha K. Nye
    Assistant U.S. Attorney

Dated: November 19, 2024