UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON  **DATE**: JANUARY 2, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE:**  **DOCKET NO. 24-CR-496-1 (RK)**

UNITED STATES OF AMERICA

v.

CHAIM ELIMELECH PURETZ

    DEFENDANT PRESENT

**APPEARANCES:**

Babasijibomi Moore, AUSA and Martha Nye, AUSA for the Government

Lars Hansen, Special Agent with the Federal Housing Finance Agency Office of Inspector General

Sarah Krissoff, Esq. and Samantha Stafford, Esq., counsel for the Defendant

Allison Slater and Maribel Perez, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNT 1 OF INFORMATION

Imprisonment: 24 months.

Supervised Release: 3 years, with special conditions.

Special Assessment: $100.

Fine: $150,000.00.

Restitution: $22,235,457.39.

Defendant advised of right to appeal.

Defendant released.

**Time Commenced:** 10:17 a.m.
**Time Adjourned**: 12:20 p.m.
**Total Time**: 2 hours 3 minutes

s/ *Patti Markey*
DEPUTY CLERK